**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-2150**

———————

RICHARD COLEMAN,

            Plaintiff - Appellant,

      v.

NAMECHEAP, INC.; RICHARD KIRKENDALL, Chief Executive Officer, and individually; LEVI LLEWELLYN,

            Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:21-cv-00455-RAJ-LRL)

———————

Submitted:  June 28, 2024                    Decided:  July 16, 2024

———————

Before AGEE and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard Coleman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Coleman appeals the district court's dismissal order and judgment dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Coleman v. Namecheap, Inc.*, No. 2:21-cv-00455-RAJ-LRL (E.D. Va. Oct. 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*